Opinion filed January 6,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00069-CV

                                                    __________

 

                              ALLEN
GLENN THOMAS, Appellant

 

                                                             V.

 

                                            
TDCJ, ET AL, Appellees



 

                                   On
Appeal from the 259th District Court

 

                                                             Jones
County, Texas

 

                                                     Trial
Court Cause No. 022093 

 



 

                                            M E M O R A N
D U M   O P I N I O N

            

            Allen
Glenn Thomas sued the Texas Department of Criminal Justice, its board of
directors, the medical department of the French Robertson Unit, and numerous
employees of the Texas Departement of Criminal Justice – Institutional
Division.  Thomas sought both injunctive relief and money damages for injuries
he alleged he received as a result of unconstitutional practices on a regular
basis.  The trial court dismissed all of Thomas’s claims pursuant to Tex. Civ. Prac. & Rem. Code Ann. §§
14.001-.014 (Vernon 2002).  We affirm.

            On
appeal, Thomas argues that the termination of his claims has resulted in his
malicious prosecution under the law and that the trial court abused its
discretion by dismissing his claims.  We note that the record affirmatively
reflects that Thomas failed to comply with the requirements of Sections
14.004-.005.  Moreover, Thomas failed to plead actionable claims.  All of
Thomas’s arguments on appeal have been considered, and each is overruled. 
Thomas has failed to establish that the trial court abused its discretion.

            The
order of the trial court is affirmed.

 

 

                                                                                    PER
CURIAM

 

January 6, 2011

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.